UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHCF, et al.,<br><br>    Defendants. | No. 2:25-cv-02121-TLN-AC<br><br>**ORDER** |

Plaintiff David Nathaniel Roberts ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No 5.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;

     3. Plaintiff is ordered to pay the entire $405.00 in required fees within thirty days or face dismissal of the case.

     IT IS SO ORDERED.

Date: September 26, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE