UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHCF, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-2121-TLN-AC (P)<br><br>**ORDER** |

　　　　Plaintiff David Nathaniel Roberts ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed September 29, 2025, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. (ECF No. 8.) More than thirty days have now passed, and Plaintiff has not paid the filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Date: December 9, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ *[signature]*
　　　　　　　　　　　　　　　　　　　　　　TROY L. NUNLEY
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1